UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RUTH ANN STEDEFORD,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 2:14-cv-01429-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (Dkt. #17) filed March 20, 2015, required the parties to file a joint pretrial order no later than August 31, 2015. However, at a hearing conducted on October 6, 2015, the undersigned extended the time for filing the Joint Pretrial order to December 7, 2015. *See* Minutes of Proceedings (Dkt. #34). To date, the joint pretrial order has not been filed, and the parties have not requested an extension of time to do so. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file the joint pretrial order which fully complies with the requirements of LR 16-3 and16-4 no later than **January 22, 2016**. Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 8th day of January, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE