UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RUTH ANN STEDEFORD,

    Plaintiff(s),

        vs

WALMART STORES, INC., et al.,

    Defendant(s).

Case # 2:14-CV-1429-JAD-PAL

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

This case is currently stacked on the Trial Calendar of **October 18, 2016,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to **Magistrate Judge Peggy A. Leen** for a settlement conference.

DATED this 26th day of January, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE