BRENDA H. ENTZMINGER
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUTH ANN STEDEFORD,<br><br>    Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., and DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-01429-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

party's own costs and attorney's fees.

DATED this 16th day of Sept., 2016.          DATED this 16th day of Sept, 2016.

**INJURY LAWYERS OF NEVADA**                  **PHILLIPS, SPALLAS & ANGSTADT**

*/s/ Jared B. Anderson*                       */s/ Brenda H. Entzminger*

Jared B. Anderson, Esq.                       Brenda H. Entzminger
6900 Westcliff Drive, Ste. 707                504 South Ninth Street
Las Vegas, Nevada 89145                       Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                     *Attorneys for Defendant*
*Ruth Ann Stedeford*                          *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: September 16, 2016.

_____
UNITED STATES DISTRICT JUDGE